# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence | |

May 20, 2026

Honorable Robert W. Lehrburger                                    **Letter Motion:**
United States Magistrate Judge                                      **Extension of Time Request**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Katherine Frances Coon v. Comm'r of SSA  1:26-cv-01286-RWL**

Dear Honorable Judge Lehrburger:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on May 20, 2026. Due to an influx of Certified Administrative Record ("CAR") filings which have caused multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including July 20, 2026. No previous request for an extension has been made in this case. The Defendant has given consent and further requests that his date to file his response be extended to 60 from Plaintiff's filing date.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Kristina Danielle Cohn, Esq.   (Via ECF)
        Attorney for Defendant.

Granted. Plaintiff's motion shall be filed by **July 20, 2026**. Defendant's response shall be filed by **September 18, 2026**. Plaintiff's reply, if any, shall be filed by **October 2, 2026**.

SO ORDERED:

5/21/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE